DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

PINELLAS COUNTY,

Appellant,

V.

DENIS R. GRANT AND GREEN ENERGY FOR NORTH AMERICA, LLC, A
FLORIDA LIMITED LIABILITY COMPANY,

Appellees.

No. 2D23-801
_____

January 12, 2024

Appeal from the Circuit Court for Pinellas County; Thomas Ramsberger,
Judge.

Kelly L. Vicari, Senior Assistant County Attorney of Pinellas County, for
Appellant.

John Paul Parks, Scottsdale, Arizona and Charles P. Chritton, Lakeland,
for Appellee, Denis R. Grant.

Marie Tomassi, Charles M. Harris, and Beth A. Cronin of Trenam,
Kemker, Scharf, Barkin, Frye, O'Neil & Mullis, P.A., Saint Petersburg for
Appellee, Green Energy for North America, LLC.


PER CURIAM.

  Affirmed.

KELLY, LUCAS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.